IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DEBORAH CHRISTINE WHITE,**

  **Plaintiff,**

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

  **Defendant.**

**CIVIL ACTION FILE**

**NO. 1:21-CV-03066-VMC-JEM**

**O R D E R**

Pending before the Court is a notice of settlement between Plaintiff and Defendant. (Doc. 11). Plaintiff states that she and Defendant have reached a settlement, and they anticipate moving for dismissal of the case when settlement is concluded. (*Id.*). In light of the parties' settlement, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner, nor preclude the filing of documents. If settlement negotiations fail, the parties need only file a motion to reopen this action to request enforcement of the settlement, or to vacate this order of dismissal.

The parties are **ORDERED** to file appropriate documents to dispose of the case within **sixty (60) days**. Absent an extension or further order of the Court, if no request to reopen the case is made within sixty days, the Court may dismiss the case with prejudice.

**SO ORDERED**, this 16th day of February, 2023.

                                                Victoria M. Calvert
                                                United States District Judge