# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Deborah Christine White, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Experian Information Solutions, Inc., )<br>    Defendant. )<br>)<br>_____ ) | Civil Action File No.:<br>1:21-cv-03066-AT-AJB |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Deborah Christine White, by and through undersigned counsel, hereby dismisses this action against Defendant, Experian Information Solutions, Inc., **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 27th day of June, 2024.

                                                **BERRY & ASSOCIATES**

                                                */s/ Matthew T. Berry*
                                                Matthew T. Berry
                                                Georgia Bar No.: 055663
                                                matt@mattberry.com
                                                Telephone: (404) 235-3334
                                                2751 Buford Highway, Suite 600
                                                Atlanta, GA 30324

                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Experian Information Solutions, Inc., with adequate postage affixed thereto and addressed as follows:

Mike Krause
Experian Information Solutions, Inc.
c/o C T Corporation System
289 South Culver Street
Lawrenceville, Georgia 30046

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*